**Lorenzo MAGANA, a.k.a. Lorenzo Magana–Mendoza, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 09–71232.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 19, 2010.*

Filed Oct. 26, 2010.

John Martin Pope, Pope & Associates, PC, Phoenix, AZ, for Petitioner.

Channah Farber, OIL, U.S. Department of Justice, Washington, DC, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

*See* Fed. R.App. P. 34(a)(2).

Before: O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

MEMORANDUM **

Lorenzo Magana, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Cazarez–Gutierrez v. Ashcroft*, 382 F.3d 905, 909 (9th Cir. 2004), and we deny the petition for review.

Magana's conviction for receipt of stolen property in violation of Cal.Penal Code § 496(a) is an aggravated felony under 8 U.S.C. § 1101(a)(43)(G). *See Verdugo–Gonzalez v. Holder*, 581 F.3d 1059, 1060–61 (9th Cir.2009).

We disagree with Magana's contention that his conviction records do not constitute admissible evidence. *See Sinotes–Cruz v. Gonzales*, 468 F.3d 1190, 1196–97 (9th Cir.2006) (holding that "[t]he guiding principle is that proper authentication requires some sort of proof that the document is what it purports to be").

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).